Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17246−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Edgar E Arriaga Vasquez
  14 Orchard St.
  Newton, NJ 07860

Social Security No.:
  xxx−xx−8095

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/12/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 14, 2018
JAN: zlh

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-17246-JKS
Edgar E Arriaga Vasquez                                         Chapter 7
           Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: May 14, 2018
                               Form ID: 148                 Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db             +Edgar E Arriaga Vasquez,    14 Orchard St.,    Newton, NJ 07860-2610
517449527      +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517449520       EDI: CAPITALONE.COM May 15 2018 03:13:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517449521      +EDI: DCI.COM May 15 2018 03:13:00      Diversified Consultant,    P O Box 551268,
                 Jacksonville, FL 32255-1268
517449522      +EDI: AMINFOFP.COM May 15 2018 03:13:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517449524       EDI: IRS.COM May 15 2018 03:13:00      IRS - Internal Revenue Service,
                 Cincinnati, OH 45999-0030
517449525      +EDI: CBSKOHLS.COM May 15 2018 03:13:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
517449528      +EDI: DRIV.COM May 15 2018 03:13:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
517449529      +EDI: SEARS.COM May 15 2018 03:13:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
517449531      +EDI: WFFC.COM May 15 2018 03:13:00      Wells Fargo Dealer Svc,    Po Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517449526       NJ Division of Taxation
517449530       State of New Jersey
517449523*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
                                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Kevin Gordon McDonald    on behalf of Creditor    Carisbrook Asset Holding Trust
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marc A. Futterweit    on behalf of Debtor Edgar E Arriaga Vasquez marcf2@optonline.net,
               futterweitmr67239@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```