UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case Number: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER REINSTATING

☐ **CASE**    ☐ **AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

This matter having been presented to the Court by _____ and, for good cause it is

ORDERED that:

- ❏ the Order of Dismissal filed on _____ is vacated and the case shall be reinstated.

- ❏ the Order Vacating the Automatic Stay filed on _____ is vacated and the automatic stay is reinstated.

*rev.6/1/06; jml*