UNITED STATES BANKRUPTCY COURT  
----------------------District of----------------------  
New Jersey

In Re:  Edgar E Arriaga Vasquez

Address: 14 Orchard St.  
Dover, NJ 07801

Case No.: 18-17246

Chapter   7

Judge: John K. Sherwood             Debtor

## NOTICE OF MOTION
## TO REINSATE CASE
## AND SCHEDULING A 341 MEETING OF THE CREDITORS

TO:  United States Bankruptcy Court  
50 Walnut Street  
Newark, NJ 07102

Eric R. Perkins  
McElroy, Deutsch, Mulvaney & Carpenter  
40 West Ridgewood Ave  
Ridgewood, NJ  07450

PLEASE TAKE NOTICE that the undersigned counsel for the Debtor shall apply to the above-named Court for an Order to Reinstate the within Case and allow the filing of a complete petition and Scheduling a 341 Meeting of the Creditors.

PLEASE TAKE FURTHER NOTICE that counsel shall rely upon the Certification of Marc A. Futterweit attached hereto in support of said Motion.

Law Offices of Marc A. Futterweit  
Attorney for Debtor

*signature*  
MARC A. FUTTERWEIT

Dated:  June 20, 2018

UNITED STATES BANKRUTPCY COURT
FOR NEW JERSEY

IN RE:  EDWARD E. ARRIAGE   VASQUEZ                          :  Case No.  18-17246

    Debtor(s)

                                                                                                                                           :  Chapter 7

**DEBTOR'S MOTION TO REINSTATE CASE AND
SCHEDULE SECTION 341 MEETING OF CREDITORS**

**To:** United States Bankruptcy Court
     50 Walnut Street
     Newark, NJ  07102

Trustee:  Eric R. Perkins
McElroy, Deutsch, Mulvaney & Carpenter
40 West Ridgewood Ave
Ridgewood, NJ  07450

     AND NOW, this 20th day of June comes the Movant/Debtor, above captioned, by his counsel, Marc A. Futterwiet , Esquire, and respectfully moves this Honorable Court to enter an order reinstate the case, and scheduling the Section 341 Meeting of Creditors allowing Debtor to Proceed with their Chapter 7 Bankruptcy Petition.  In Support Thereof, Movant/Debtor avers the following:

1. Debtor filed a Chapter 7 on April 16, 2018
2. Debtor's bankruptcy case was dismissed on May 14th, 2018
3. Debtor failed to submit supporting documents to complete a bankruptcy petition after an emergency voluntary petition was filed.

     WHEREFORE, the Movant/Debtor respectfully requests this Honorable Court grant the relief sought herein.

Respectfully submitted,

Date: 6/20/2018                                                                                Marc A. Futterweit