Form 199 – ntcreschfstmtg

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−17246−JKS
    Chapter: 7
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edgar E Arriaga Vasquez
   14 Orchard St.
   Newton, NJ 07860

Social Security No.:
   xxx−xx−8095

Employer's Tax I.D. No.:

### NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
### AND RESCHEDULING OF MEETING
### OF CREDITORS

    NOTICE IS HEREBY GIVEN that Jeffrey Lester was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Eric R. Perkins.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:     8/23/18
Time:     11:30 AM
Location:     Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102−5504

    Please note, all previously scheduled deadlines remain the same.

Dated: July 27, 2018
JAN:

                              Jeanne Naughton
                              Clerk