Form 199 − ntcreschfstmtg

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  18−17246−JKS
    Chapter:  7
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edgar E Arriaga Vasquez
   14 Orchard St.
   Newton, NJ 07860

Social Security No.:
   xxx−xx−8095

Employer's Tax I.D. No.:

**NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE**
**AND RESCHEDULING OF MEETING**
**OF CREDITORS**

    NOTICE IS HEREBY GIVEN that Jeffrey Lester was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Eric R. Perkins.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:          8/23/18
Time:         11:30 AM
Location:     Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102−5504

    Please note, all previously scheduled deadlines remain the same.

Dated: July 27, 2018
JAN:

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-17246-JKS
Edgar E Arriaga Vasquez                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jul 27, 2018
                              Form ID: 199             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db              +Edgar E Arriaga Vasquez,    14 Orchard St.,     Newton, NJ 07860-2610
517449522       +First Premier Bank,    601 S Minnesota Ave,     Sioux Falls, SD 57104-4868
517449527       +Roundpoint Mtg,    5032 Parkway Plaza Blvd,     Charlotte, NC 28217-1918
517449528       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
517449529       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
517449531       +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +E-mail/Text: slahr@mdmc-law.com Jul 27 2018 23:20:10      Eric R. Perkins,
                 McElroy, Deutsch, Mulvaney & Carpenter,    40 West Ridgewood Avenue,    Ridgewood, NJ 07450-3136
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:20:03      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:20:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517449520        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 27 2018 23:28:50      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517449521       +E-mail/Text: bankruptcynotices@dcicollect.com Jul 27 2018 23:20:25      Diversified Consultant,
                 P O Box 551268,    Jacksonville, FL 32255-1268
517449524        E-mail/Text: cio.bncmail@irs.gov Jul 27 2018 23:19:39      IRS - Internal Revenue Service,
                 Cincinnati, OH 45999-0030
517449525       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 27 2018 23:19:33      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517449526       NJ Division of Taxation
517449530       State of New Jersey
517449523*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
                                                                                           TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
```
              Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor   Carisbrook Asset Holding Trust
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marc A. Futterweit    on behalf of Trustee Eric R. Perkins marcf2@optonline.net,
               futterweitmr67239@notify.bestcase.com
              Marc A. Futterweit    on behalf of U.S. Trustee    U.S. Trustee marcf2@optonline.net,
               futterweitmr67239@notify.bestcase.com
              Marc A. Futterweit    on behalf of Debtor Edgar E Arriaga Vasquez marcf2@optonline.net,
               futterweitmr67239@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```