UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Edgar E. Arriaga Vasquez

Case No.: __18-17246 JKS__

Chapter: __7__

Judge: __John K. Sherwood__

## NOTICE OF PROPOSED ABANDONMENT

__Jeffrey A. Lester__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Bankruptcy Court<br>50 Walnut Street, 3rd Floor<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __September 18, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 83 Myrtle Ave., Dover NJ   Value about $150,000

Liens on property:           Roundpoint Mortgage           Balance about $319,800

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name:      Jeffrey A. Lester, Trustee

Address:   374 Main Street, Hackensack, NJ 07601

Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Edgar E Arriaga Vasquez
      Debtor

Case No. 18-17246-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 24, 2018
                        Form ID: pdf905    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.
```
db             +Edgar E Arriaga Vasquez,    14 Orchard St.,    Newton, NJ 07860-2610
517449522      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517449527      +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517449528      +Santander Consumer Usa,    Po Box 961020,    Ft Worth, TX 76161-0244
517449529      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
517449530       State of New Jersey,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ 08625-0379
517449531      +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2018 23:26:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2018 23:26:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517449520       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2018 23:32:35      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517449521      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 24 2018 23:27:18      Diversified Consultant,
                 P O Box 551268,    Jacksonville, FL 32255-1268
517449524       E-mail/Text: cio.bncmail@irs.gov Aug 24 2018 23:26:19      IRS - Internal Revenue Service,
                 Cincinnati, OH 45999-0030
517449525      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 24 2018 23:26:09      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517449526         NJ Division of Taxation
517449523*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Lester    on behalf of Trustee Jeffrey Lester jlester@bllaw.com, NJ19@ecfcbis.com
              Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Carisbrook Asset Holding Trust
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marc A. Futterweit    on behalf of Trustee Eric R. Perkins marcf2@optonline.net,
               futterweitmr67239@notify.bestcase.com
              Marc A. Futterweit    on behalf of U.S. Trustee    U.S. Trustee marcf2@optonline.net,
               futterweitmr67239@notify.bestcase.com
              Marc A. Futterweit    on behalf of Debtor Edgar E Arriaga Vasquez marcf2@optonline.net,
               futterweitmr67239@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```